**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **RGP, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Quality Team 1** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-2766173** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13381 Elmyra**<br>**Detroit, MI 48227**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wayne**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **qteam1.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3329

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

| Debtor | **RGP, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor      **RGP, Inc.**                                                    Case number (*if known*)
            Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

| Debtor | **RGP, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  1, 2023**
                MM / DD / YYYY

**X** **/s/ Bradley Williams**                        **Bradley Williams**
   Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Lynn M. Brimer**              Date   **December  1, 2023**
   Signature of attorney for debtor                    MM / DD / YYYY

**Lynn M. Brimer P43291**
Printed name

**Strobl PLLC**
Firm name

**33 Bloomfield Hills Parkway**
**Suite 125**
**Bloomfield Hills, MI 48304**
Number, Street, City, State & ZIP Code

Contact phone    **(248) 540-2300**      Email address

**P43291 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **RGP, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 1, 2023**      *X* **/s/ Bradley Williams**
_____
Signature of individual signing on behalf of debtor

**Bradley Williams**
_____
Printed name

**President**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **RGP, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................... $     **2,092,222.38**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $     **2,092,222.38**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **2,072,499.55**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **3,043,868.81**

4.  Total liabilities ................................................................................................
   Lines 2 + 3a + 3b     $     **5,116,368.36**

| Fill in this information to identify the case: |
| --- |

Debtor name **RGP, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Oxford Bank** | **checking** | **4408** | $205,382.84 |
| 3.2. | **Oxford Bank** | **checking** | **4507** | $15,056.44 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $220,439.28 |
    | --- |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Secrity Deposit SHIP Investors, LP** | $50,000.00 |
| --- | --- | --- |

Debtor    **RGP, Inc.**                 Case number *(If known)*
       Name

| | | |
|---|---|---|
| 7.2. | **Security Deposit - Innovo-Gateway Pracel A, LLC** | $50,000.00 |
| 7.3. | **Utility Deposits** | $39,000.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
           Description, including name of holder of prepayment

9.     **Total of Part 2.**                                           $139,000.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **325,000.00** | - | **0.00** | = .... | **$325,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Settlement payment due from Plastic Omnium Auto Exteriors, LLC**

| 11a. 90 days old or less: | **742,068.41** | - | **0.00** | = .... | **$742,068.41** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Greneral Trade Accounts**

| 11b. Over 90 days old: | **521,713.69** | - | **0.00** | = .... | **$521,713.69** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**General trade accounts**

12.     **Total of Part 3.**                                         $1,588,782.10
        Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor  **RGP, Inc.**
Name

Case number *(If known)*

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture **General Office Furniture** | $0.00 | | $7,000.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software **Computer Equipment** | $0.00 | | $10,000.00 |
| 42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$17,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **2003 Sterling Truck** | $0.00 | | $10,000.00 |
| 47.2. **2003 53 foot trailer** | $0.00 | | $2,500.00 |
| 47.3. **2011 Impala** | $0.00 | | $2,500.00 |
| 47.4. **2008 Impala** | $0.00 | | $2,000.00 |

Debtor    **RGP, Inc.**                                            Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.5. | **2015 Ram Truck** | **$0.00** | **$10,000.00** |
| 47.6. | **Buick** | **$0.00** | **$10,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2013 Cat Forklift** | **$0.00** | **$2,000.00** |
| **Racking System** | **$0.00** | **$25,000.00** |
| **Blue Water air compressor** | **$0.00** | **$10,000.00** |
| **Kaeser Air Compressor** | **$0.00** | **$18,000.00** |
| **Generator** | **$0.00** | **$25,000.00** |
| **General machinery and equipment** | **$0.00** | **$10,000.00** |

51.    **Total of Part 8.**                                                          | **$127,000.00** |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   **RGP, Inc.**                                    Case number (If known) _____
         Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Lease of 12601 Southfield Freeway Detroit, Mi 48223** | **Equitable interest** | **$0.00** | **$0.00** |
| 55.2. | **Lease interest in 3550 Clebrune Road Spring Hill, TN 37174** | **Equitable interest** | **$0.00** | **$0.00** |
| 55.3. | **Lease interest in 13381 Elmyra Detroit 48227** | **Equitable interest** | **$0.00** | **$0.00** |

56.     **Total of Part 9.**                                                          **$0.00**

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites www.qteam1.com** | **$1.00** | | **$1.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.     **Total of Part 10.**                                                         **$1.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No

Debtor    **RGP, Inc.**
_____    Case number *(If known)* _____
Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **RGP, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $220,439.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $139,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,588,782.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $127,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,092,222.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,092,222.38 |

**Fill in this information to identify the case:**

Debtor name **RGP, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Oxford Bank**
Creditor's Name

**60 South Washington Street**
**PO Box 17**
**Oxford, MI 48371**
Creditor's mailing address

**DBernstein@Plunkettcooney.com**
Creditor's email address, if known

Date debt was incurred
**8-16-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Asset**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$197,500.00**   Value: **$0.00**

**2.2  Oxford Bank**
Creditor's Name

**60 South Washington Street**
**PO Box 17**
**Oxford, MI 48371**
Creditor's mailing address

**DBernstein@plunkettcooney.com**
Creditor's email address, if known

Date debt was incurred
**8-17-2017**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All Asset**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$1,865,243.85**   Value: **$0.00**

Debtor    **RGP, Inc.**        Case number (if known) _____

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**   **UniFi Equipment Finance, Inc**

Creditor's Name

**801 W. Ellsworth Rd**
**Ann Arbor, MI 48108**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**      **$576.39**      **$0.00**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4**   **Verdant Commerical Capital**

Creditor's Name

**PO Box 207202**
**Dallas, TX 75320**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**      **$3,028.73**      **$0.00**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5**   **Wells Fargo Financial Leasing**

Creditor's Name

**P.O. Box 10306**
**Des Moines, IA 50306-0306**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      **$6,150.58**      **$0.00**
**Equipment Lease**

**Describe the lien**

---

Debtor  **RGP, Inc.**
      Name                                               Case number (if known) _____

                                                          **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                          ☐ Yes

**Date debt was incurred**
                                          **Is anyone else liable on this claim?**

                                          ■ No

**Last 4 digits of account number**
                                          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
                                          **As of the petition filing date, the claim is:**
                                          Check all that apply

■ No
                                          ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.
                                          ☐ Unliquidated
                                          ☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$2,072,499.55**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Douglas Bernstein**<br>**Plunkett Cooney**<br>**38505 Woodward Ave., Ste. 100**<br>**Bloomfield Hills, MI 48304** | Line __2.1__ | |

---

**Fill in this information to identify the case:**

Debtor name      **RGP, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and*
*Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**@Work**<br>**1412 Trotwood Ave., Ste. 15**<br>**Columbia, TN 38401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$307,645.92** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A & H Companies, LLC**<br>**1715K S. Rutherford Blvd. #222**<br>**Murfreesboro, TN**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,059.79** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alpha & Omega**<br>**1471 W. Bristol Road, Ste. 2**<br>**Flint, MI 48507**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**D&H Home Improvements**<br>**9676 M-32**<br>**Herron, MI 49744**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |

| Debtor | **RGP, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,943.75** |
|---|---|---|---|

**Hall Render Killian Heath & Lyman**
**39778 Treasury Center**
**Chicago, IL 60694-9700**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.95** |
|---|---|---|---|

**Image One**
**13201 Capitol**
**Oak Park, MI 48237**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$528,617.12** |
|---|---|---|---|

**Innovo-Gateway Parcel A, LLC**
**1321 S. Westnedge Ave**
**Kalamazoo, MI 49008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$853.60** |
|---|---|---|---|

**JMJ Talent Solutions**
**4361 Franklin Street, Unit 23**
**Michigan City, IN 46360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,249.08** |
|---|---|---|---|

**Minute Men Staffing Services**
**781659 P.O. Box 78000**
**Detroit, MI 48226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,852,788.38** |
|---|---|---|---|

**New Leaf Staffing, LLC**
**1705 S. Capital of Texas Hwy**
**Suite 203**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,157.76** |
|---|---|---|---|

**Open Text Corporation**
**9711 Washington Blvd**
**Ste 700**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RGP, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.27 |
|---|---|---|---|

**Peopleready Inc.**
**1553 E. Lafayette St.**
**Detroit, MI 48204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,055.09 |
|---|---|---|---|

**Staff Finders**
**850 Stephenson Hwy**
**Ste 205**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Staffing services

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,737.63 |
|---|---|---|---|

**Star Professional Services LLC**
**P.O. Box 302**
**Romeo, MI 48065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Staffing Services

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,805.49 |
|---|---|---|---|

**Xerox**
**P.O. Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Equipment Lease

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,276.98 |
|---|---|---|---|

**Xpert Technologies**
**38765 Mound Road, ste. 102**
**Sterling Heights, MI 48310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew Creal**<br>**Second Floor - Essex Center**<br>**28400 Northwestern Hwy.**<br>**Southfield, MI 48034** | Line  3.7 <br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. | + $ | 3,043,868.81 |

Debtor     **RGP, Inc.**                                    Case number (if known) _____
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                5c.   $ _____ **3,043,868.81**

Fill in this information to identify the case:

Debtor name    **RGP, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Staffing Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Excelsior Staffing, LLC**<br>**3800 Colonnade Parkway**<br>**Suite 300**<br>**Birmingham, AL 35243** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease - 5 forklifts**<br><br>State the term remaining<br><br>List the contract number of any government contract    **3841000** | **Financial Services**<br>**9987 Carver Rd. Suite 110**<br>**Cincinnati, OH 45242** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Employee Leasing**<br><br>State the term remaining<br><br>List the contract number of any government contract | **GC Hall LLC**<br>**1412 Trotwood Ave**<br>**Suite 15**<br>**Columbia, TN 38401** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Real Estate Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Innovo-Gateway Parcel A, LLC**<br>**1321 S. Westnedge Ave**<br>**Kalamazoo, MI 49008** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Production Agreement** | **Magna Seating of America**<br>**30020 Cabot Dr.**<br>**Novi, MI 48377** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Staffing Services Agreement** | **Minute Men Staffing of Michigan, Inc.**<br>**3740 Carnegie Ave.**<br>**Cleveland, OH 44115** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Staffing Agreement** | **New Leaf Staffing, LLC**<br>**1705 S. Capital of Texas Hwy**<br>**Suite 203**<br>**Austin, TX 78746** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Staffing Agreement** | **NL Houston Staffing, LLC** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Electrnoic Data Integration Services Subscription Agreement** | **Open Text Corporation**<br>**9711 Washington Blvd**<br>**Ste 700**<br>**Gaithersburg, MD 20878** |

Debtor 1   **RGP, Inc.**                                          Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SHIPInvestors LP**<br>**3550 Cleburne Rd**<br>**Spring Hill, TN 37174** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease number 3841000** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verdant Commerical Capital, LLC**<br>**9887 Carver Road, Ste. 110**<br>**Cincinnati, OH 45242** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease number 3831001** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verdant Commerical Capital, LLC**<br>**9887 Carver Road, Ste. 110**<br>**Cincinnati, OH 45242** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Euipment Lease number 3841002** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verdant Commerical Capital, LLC**<br>**9887 Carver Road, Ste. 110**<br>**Cincinnati, OH 45242** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (Lease # 301-0008613-000)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Equipment Finance**<br>**800 Walnut Street**<br>**4th Floor**<br>**Des Moines, IA 50309** |

Debtor 1  **RGP, Inc.**                                           Case number (*if known*) _____
          First Name      Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (Lease # 301-0008613-001)** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance** |
| | List the contract number of any government contract | | **800 Walnut St** |
| | | | **4th Floor** |
| | | | **Des Moines, IA 50309** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (Lease # 301-0008613-002)** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance** |
| | List the contract number of any government contract | | **800 Walnut St** |
| | | | **4th Floor** |
| | | | **Des Moines, IA 50309** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Xerox Financial Services, LLC** |
| | List the contract number of any government contract | | **201 Merritt, 7** |
| | | | **Norwalk, CT 06851** |

**Fill in this information to identify the case:**

Debtor name    **RGP, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Bradley Williams** | **71227 Cedar Bend Lane**<br>**Romeo, MI 48065** | **Oxford Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Bradley Williams** | **68787 Hillside Lane**<br>**Washington, MI 48095** | **Oxford Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **RGP, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$15,442,646.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$17,246,126.00** |
| **For the fiscal year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$5,384,984.00** |
| **For the fiscal year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$8,422,125.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | RGP, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Manpower Mentoring Inc. vs. RGP Inc RLC**<br>**2023-001096-CB** | **Collection** | **Macomb County Circuit Court**<br>**40 N. Main Street**<br>**Mount Clemens, MI 48043** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Plastic Omnium Auto Exteriors, LLC vs. RGP, Inc**<br>**2023-1990625-CB** | | **Oakland Count Circuit Court**<br>**1200 N Telegraph**<br>**Pontiac, MI 48341** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **RGP, Inc.**                                           Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Second Hartland vs. RGP Inc**<br>**23344190-LT** | **Collection** | **36th District Court**<br>**421 Madison St.**<br>**Detroit, MI 48226** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **New Leaf Solutions, LLC v.**<br>**Quality Team One**<br>**23-013047-CK** | **Collection** | **Wayne County Circuit Court**<br>**2 Woodward Ave.**<br>**Detroit, MI 48226** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Innovo - Gateway Parcel A,**<br>**LLC v. R.G.P. Inc.**<br>**23-358708** | **Civil** | **36th District Court**<br>**421 Madison St.**<br>**Detroit, MI 48226** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **RGP, Inc.**                                              Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor   **RGP, Inc.**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Magna Seating Detroit**<br>**12800 Oakland Park Blvd.**<br>**Highland Park, MI 48203** | | **Obsolete Tooling and Racks** | **$0.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

Debtor    **RGP, Inc.** _____    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Doeren Mayhew** **305 West Big Beaver Road** **Troy, MI 48084** | **2017 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Doeren Mayhew** **305 West Big Beaver Road** **Troy, MI 48084** | **2017 - present** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Doeren Mayhew** **305 West Big Beaver Road** **Troy, MI 48084** | **2017 - present** |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor  **RGP, Inc.** _____     Case number *(if known)* _____

statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.     **Oxford Bank** |
|           **720 N. Lapeer Road Suite 201** |
|           **Lake Orion, MI 48362** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bradley Williams** | **68787 Hillside Lane**<br>**Washington, MI 48095** | **President/ Shareholder** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor     **RGP, Inc.**                                                          Case number *(if known)*

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  1, 2023**

**/s/ Bradley Williams**                                         **Bradley Williams**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

## FORM 207 - STATEMENT OF FINANCIAL AFFAIRS QUESTION NO.3

| Date | Num | Name | Payment |
|------|-----|------|---------|
| 09/07/2023 | ACH | @WORK | $ 24,686.77 |
| 09/14/2023 | ACH | @WORK | $ 47,054.10 |
| 09/22/2023 | ACH | @WORK | $ 38,713.04 |
| 10/04/2023 | ACH | @WORK | $ 20,305.39 |
| 10/19/2023 | 6151 | AME Construction | $ 10,000.00 |
| 09/27/2023 | ACH | American Express | $ 18,816.14 |
| 11/01/2023 | ACH | American Express | $ 16,406.50 |
| 09/12/2023 | ACH | Amy Myers. | $ 26,666.66 |
| 10/05/2023 | ACH | Charles Hawkins CO. | $ 73,790.35 |
| 10/30/2023 | ACH | Charles Hawkins CO. | $ 73,790.35 |
| 09/12/2023 | Online | Columbia Power | $ 2,821.19 |
| 09/12/2023 | Online | Columbia Power | $ 1,764.45 |
| 10/03/2023 | Online | Columbia Power | $ 1,993.80 |
| 10/11/2023 | Online | Columbia Power | $ 2,187.36 |
| 10/31/2023 | Online | Columbia Power | $ 2,124.08 |
| 10/31/2023 | Online | Columbia Power | $ 1,989.77 |
| 10/11/2023 | ACH | DC Construction Group LLC | $ 40,001.00 |
| 10/24/2023 | 6152 | DC Construction Group LLC | $ 30,000.00 |

| Date | Type | Payee | Amount |
|---|---|---|---|
| 11/09/2023 | ACH | DC Construction Group LLC | $ 20,000.00 |
| 11/05/2023 | ACH | DC Construction Group LLC | $ 20,000.00 |
| 09/14/2023 | ACH | D&E Home Improvement | $ 4,500.00 |
| 11/03/2023 | ACH | D&E Home Improvement | $ 10,000.00 |
| 09/15/2023 | ACH | Doeren Mayhew | $ 16,435.00 |
| 10/09/2023 | Online | Doeren Mayhew | $ 7,950.00 |
| 09/19/2023 | ACH | Excelsior Staffing | $ 15,844.81 |
| 09/22/2023 | ACH | Excelsior Staffing | $ 6,775.88 |
| 10/04/2023 | ACH | Excelsior Staffing | $ 8,738.35 |
| 10/30/2023 | ACH | Excelsior Staffing | $ 918.68 |
| 09/12/2023 | ACH | Hall, Render, Killian, Heath & Lyman | $ 8,405.20 |
| 09/18/2023 | ACH | Hall, Render, Killian, Heath & Lyman | $ 8,493.20 |
| 09/22/2023 | ACH | Hall, Render, Killian, Heath & Lyman | $ 5,474.15 |
| 10/17/2023 | ACH | Hall, Render, Killian, Heath & Lyman | $ 5,255.75 |
| 10/11/2023 | ACH | Hurwitz Law PPLC | $ 13,333.34 |
| 09/14/2023 | ACH | Minute Men Staffing Services | $ 31,782.28 |
| 09/18/2023 | ACH | Minute Men Staffing Services | $ 25,415.62 |
| 10/04/2023 | ACH | Minute Men Staffing Services | $ 9,346.26 |
| 10/11/2023 | ACH | Minute Men Staffing Services | $ 27,757.96 |
| 10/17/2023 | ACH | Minute Men Staffing Services | $ 34,584.92 |
| 10/24/2023 | ACH | Minute Men Staffing Services | $ 23,693.35 |
| 10/30/2023 | ACH | Minute Men Staffing Services | $ 23,318.96 |
| 09/28/2023 | ACH | Oxford Bank Credit Line | $ 9,797.61 |
| 10/17/2023 | ACH | Oxford Bank Credit Line | $ 100,000.00 |
| 09/29/2023 | ACH | Oxford Bank. | $ 47,464.81 |
| 10/04/2023 | ACH | Star Professional Services LLC | $ 47,205.27 |
| 10/11/2023 | ACH | Star Professional Services LLC | $ 45,284.92 |

| Date | Method | Payee | Amount |
|---|---|---|---|
| 10/17/2023 | ACH | Star Professional Services LLC | $ 43,028.16 |
| 10/24/2023 | ACH | Star Professional Services LLC | $ 33,104.76 |
| 10/30/2023 | ACH | Star Professional Services LLC | $ 53,420.22 |
| 09/13/2023 | Online | TN Department of Revnue Business | $ 6,000.00 |
| 09/13/2023 | Online | TN Department of Revnue Business | $ 2,360.00 |
| 09/13/2023 | Online | TN Department of Revnue Business | $ 10,431.00 |
| 09/13/2023 | Online | TN Department of Revnue Business | $ 448.00 |
| 09/13/2023 | Online | TN Department of Revnue Business | $ 753.12 |
| 09/12/2023 | Online | Verdant Commerical | $ 3,028.73 |
| 10/03/2023 | Online | Verdant Commerical | $ 3,028.73 |
| 10/11/2023 | ACH | Verdant Commerical | $ 1,696.52 |
| 10/11/2023 | ACH | Verdant Commerical | $ 797.48 |
| 10/30/2023 | Online | Verdant Commerical | $ 664.47 |
| 09/12/2023 | ACH | WELLS FARGO | $ 606.32 |
| 09/20/2023 | ACH | WELLS FARGO | $ 6,173.16 |
| 09/30/2023 | ACH | WELLS FARGO | $ 6,150.58 |
| 10/11/2023 | ACH | Wise Automotive Consulting, Inc. | $ 15,000.00 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **RGP, Inc.**                          Case No.

                                    Debtor(s)          Chapter    **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.      The undersigned is the attorney for the Debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

      [ ]      **FLAT FEE**

        A.     For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ·

        B.     Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. ·

        C.     The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ·

      [ **X** ]     **RETAINER**

        A.     Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14,040.50**

        B.     The undersigned shall bill against the retainer at an hourly rate of $ __**500.00**__ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.      $ __**1,738.00**__ of the filing fee has been paid.

4.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

        A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

        B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

        C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

        D.     ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

        E.     Reaffirmations;

        F.     Redemptions;

        G.     Other:

             **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

             **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.      The source of payments to the undersigned was from:

        A.     __**XX**__        Debtor(s)' earnings, wages, compensation for services performed

        B.     _____        Other (describe, including the identity of payor)

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   **December  1, 2023**

/s/ **Lynn M. Brimer**
Attorney for the Debtor(s)
**Lynn M. Brimer**
**Strobl PLLC**
**33 Bloomfield Hills Parkway**
**Suite 125**
**Bloomfield Hills, MI 48304**
**(248) 540-2300**

**P43291 MI**

Agreed:  **/s/ Bradley Williams**
**Bradley Williams**
Debtor

Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **RGP, Inc.**                                                          Case No. _____
                                        Debtor(s)              Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bradley Williams**<br>**71227 Cedar Bend Lane**<br>**Romeo, MI 48065** | | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December  1, 2023** _____        Signature  **/s/ Bradley Williams**
                                                                    **Bradley Williams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **RGP, Inc.**                                          Case No. _____
                                          Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  1, 2023**              **/s/ Bradley Williams**
                                        **Bradley Williams**/**President**
                                        Signer/Title

@Work
1412 Trotwood Ave., Ste. 15
Columbia, TN 38401


A & H Companies, LLC
1715K S. Rutherford Blvd. #222
Murfreesboro, TN


Alpha & Omega
1471 W. Bristol Road, Ste. 2
Flint, MI 48507


Andrew Creal
Second Floor - Essex Center
28400 Northwestern Hwy.
Southfield, MI 48034


Bradley Williams
71227 Cedar Bend Lane
Romeo, MI 48065


Bradley Williams
68787 Hillside Lane
Washington, MI 48095


D&H Home Improvements
9676 M-32
Herron, MI 49744


Douglas Bernstein
Plunkett Cooney
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304


Excelsior Staffing, LLC
3800 Colonnade Parkway
Suite 300
Birmingham, AL 35243


Financial Services
9987 Carver Rd. Suite 110
Cincinnati, OH 45242

GC Hall LLC
1412 Trotwood Ave
Suite 15
Columbia, TN 38401


Hall Render Killian Heath & Lyman
39778 Treasury Center
Chicago, IL 60694-9700


Image One
13201 Capitol
Oak Park, MI 48237


Innovo-Gateway Parcel A, LLC
1321 S. Westnedge Ave
Kalamazoo, MI 49008


JMJ Talent Solutions
4361 Franklin Street, Unit 23
Michigan City, IN 46360


Magna Seating of America
30020 Cabot Dr.
Novi, MI 48377


Minute Men Staffing of Michigan, Inc.
3740 Carnegie Ave.
Cleveland, OH 44115


Minute Men Staffing Services
781659 P.O. Box 78000
Detroit, MI 48226


New Leaf Staffing, LLC
1705 S. Capital of Texas Hwy
Suite 203
Austin, TX 78746


NL Houston Staffing, LLC


Open Text Corporation
9711 Washington Blvd
Ste 700
Gaithersburg, MD 20878

```
Oxford Bank
60 South Washington Street
PO Box 17
Oxford, MI 48371


Peopleready Inc.
1553 E. Lafayette St.
Detroit, MI 48204


SHIPInvestors LP
3550 Cleburne Rd
Spring Hill, TN 37174


Staff Finders
850 Stephenson Hwy
Ste 205
Troy, MI 48083


Star Professional Services LLC
P.O. Box 302
Romeo, MI 48065


UniFi Equipment Finance, Inc
801 W. Ellsworth Rd
Ann Arbor, MI 48108


Verdant Commerical Capital
PO Box 207202
Dallas, TX 75320


Verdant Commerical Capital, LLC
9887 Carver Road, Ste. 110
Cincinnati, OH 45242


Wells Fargo Equipment Finance
800 Walnut Street
4th Floor
Des Moines, IA 50309


Wells Fargo Equipment Finance
800 Walnut St
4th Floor
Des Moines, IA 50309
```

```
Wells Fargo Financial Leasing
P.O. Box 10306
Des Moines, IA 50306-0306


Xerox
P.O. Box 202882
Dallas, TX 75320-2882


Xerox Financial Services, LLC
201 Merritt, 7
Norwalk, CT 06851


Xpert Technologies
38765 Mound Road, ste. 102
Sterling Heights, MI 48310
```